DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KAREN A. ANISE,**
Appellant,

v.

**FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL
REGULATION, DIVISION OF REAL ESTATE,**
Appellee.

No. 4D22-1778

[March 16, 2023]

Appeal from the State of Florida, Department of Business and Professional Regulation, Division of Real Estate; L.T. Case No. 2021-044184.

Karen A. Anise, Lake Worth, pro se.

Brooke Elizabeth Adams, Chief Appellate Counsel, Department of Business and Professional Regulation, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and GERBER, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***